*E-Filed 8/13/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLINTON A. MARTIN,<br><br>    Plaintiff,<br><br>v.<br><br>RANDY GROUNDS, et al.,<br><br>    Defendants. | No. C 10-2964 RS (PR)<br><br>**ORDER DISMISSING ACTION** |

This is a civil rights action filed by a *pro se* state prisoner pursuant to 42 U.S.C. § 1983.  Plaintiff was ordered to pay the filing fee of $350.00, or file a complete application to proceed *in forma pauperis* by August 6, 2010, or face dismissal of the action.  Plaintiff still has not filed an application or paid the filing fee.  Accordingly, the action is DISMISSED without prejudice.

The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED**.

DATED: August 13, 2010

RICHARD SEEBORG
United States District Judge