*E-Filed 3/10/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARTIN CLINTON, | No. C 10-2964 RS (PR) |
| Plaintiff, | **ORDER DIRECTING CLERK TO ADMINISTRATIVELY CLOSE ACTION** |
| v. | |
| RANDY GROUNDS, et al., | |
| Defendants. | |

This is a federal civil rights action filed pursuant to 42 U.S.C. § 1983 by a *pro se* state prisoner. This action is a duplicate of another action, No. 10-4267. Accordingly, the Clerk shall ADMINISTRATIVELY CLOSE this action. No filing fee is due.

**IT IS SO ORDERED**.

DATED: March 9, 2011

RICHARD SEEBORG
United States District Judge